AO 467 (Rev. 01/09) Order Requiring a Defendant to Appear in the District Where Charges are Pending and Transferring Bail

# UNITED STATES DISTRICT COURT
for the
_____ District of Nevada

United States of America                    )
v.                                          )   Case No. 2:15-mj-1179-CWH
Jeffrey M. Mahoney                          )   Charging District: Northern District of Illing
_____                     )   Charging District's Case No.
            Defendant                       )        13-36813(JPC)

## ORDER REQUIRING A DEFENDANT TO APPEAR IN THE DISTRICT
## WHERE CHARGES ARE PENDING AND TRANSFERRING BAIL

        After a hearing in this court, the defendant is released from custody and ordered to appear in the district court where the charges are pending to answer those charges. If the time to appear in that court has not yet been set, the defendant must appear when notified to do so. Otherwise, the time and place to appear in that court are:

| Place: U.S. Bankruptcy Court 219 South Dearborn Chicago, Illinois 60604 | Courtroom No.: 680 |
|---|---|
| | Date and Time: Dec. 16, 2015, 9 AM |

        The clerk is ordered to transfer any bail deposited in the registry of this court to the clerk of the court where the charges are pending.

Date: Dec. 10, 2015

_____
                    Judge's signature

C.W. HOFFMAN, JR., U.S. MAGISTRATE JUDGE
_____
            Printed name and title