RICHARD A. SCHONFELD, ESQ.
Nevada Bar No. 6815
CHESNOFF & SCHONFELD
520 South Fourth Street
Las Vegas, Nevada 89101
Telephone: (702)384-5563
Attorney for Defendant, *JEFFREY MAHONEY*



```
___ FILED        ___ RECEIVED
___ ENTERED      ___ SERVED ON
                 COUNSEL/PARTIES OF RECORD

        JAN 29 2016

     CLERK US DISTRICT COURT
       DISTRICT OF NEVADA
BY:_____ DEPUTY
```

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA
* * * * * *

UNITED STATES OF AMERICA, )
)
Plaintiff, )
)
v. ) 2:15-mj-1179-CWH
)
JEFFREY MAHONEY, )
)
Defendant. )
_____ )

## UNOPPOSED MOTION FOR RELEASE OF JEFFREY MAHONEY' PASSPORT FROM PRETRIAL SERVICES AND FOR RELEASE FROM PRETRIAL SUPERVISION

COMES NOW, Defendant, JEFFREY MAHONEY, by and through his undersigned counsel of record, RICHARD A. SCHONFELD, ESQ., of the law offices of Chesnoff & Schonfeld, and hereby files his Unopposed Motion for Release of Jeffrey Mahoney' Passport from Pretrial Services and For Release from Pretrial Supervision for the following reasons:

1. Mr. Mahoney made his appearance in the Northern District of Illinois;

2. Pretrial Services from the Northern District of Illinois has advised Pretrial Services in Nevada that Mr. Mahoney should no longer be subject to Pretrial Services supervision in Nevada.

3. Assistant United States Attorney, Brandon C. Jaroch, does not oppose the motion.

Accordingly, it is respectfully requested that Mr. Mahoney be formally released from Pretrial Supervision in this District and that his passport be returned.

DATED this 28th day of January, 2016.

Respectfully submitted:

/s/ Richard A. Schonfeld
**RICHARD A. SCHONFELD, ESQ.**
Nevada Bar No. 6815
520 South Fourth Street
Las Vegas, Nevada 89101
Attorney for Defendant, Jeffrey Mahoney

## ORDER

Based upon the foregoing Motion, and with good cause appearing, **IT IS HEREBY ORDERED** that the Return of Defendant Jeffrey Mahoney's United States Passport is **GRANTED**.

**IT IS FURTHER ORDERED** that Pretrial Services shall return Mr. Jeffrey Mahoney's passport to Mr. Mahoney and that Mr. Mahoney be formally released from Pretrial Supervision in this District.

**IT IS SO ORDERED**

DATED this 29th day of Jan, 2016.

_____
CARL W. HOFFMAN
UNITED STATES DISTRICT JUDGE

Submitted by:

/s/ Richard A. Schonfeld
RICHARD A. SCHONFELD, ESQ.
Nevada Bar # 6815

2